**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION**<br><br>. | MDL No. 3074 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned, counsel for Plaintiff Arlie Tucker, hereby certifies that the Reply in Support of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 was filed electronically with the Clerk of the JPML by using the CM/ECF system on March 1, 2023, and served on all counsel or parties in manners indicated and addressed on the attached service list.

Dated March 15, 2023            Respectfully submitted,

*s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

*Attorney for Plaintiff Arlie Tucker*

4866-1392-5713 v.1

| Via Electronic Mail | |
|---|---|
| John J. Nelson<br>jnelson@milberg.com<br>Milberg Coleman Bryson Phillips<br>Grossman PLLC<br>401 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Joshua Brandon Swigart<br>josh@swigartlawgroup.com<br>Swigart Law Group, APC<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 21908344<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |
| Daniel G. Shay<br>DanielShay@TCPAFDCPA.com<br>Law Office of Daniel G. Shay<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108<br>Telephone: (866) 222-7429<br><br>Counsel for Plaintiff Gregory Moore, Jr.<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* | Rachel A. Straus<br>rstraus@shb.com<br>Shook, Hardy & Bacon L.L.P.<br>2049 Century Park East, Suite 3000<br>Los Angeles, CA 90067<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *3:22-cv-01951-TWR-NLS (S.D. Cal.)* |
| Gary F. Lynch<br>Gary@lcllp.com<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br><br>Counsel for Plaintiff Heather Cornell<br>Case No. *1:23-cv-00020-SPB (W.D. Pa.)*<br><br>Counsel for Plaintiff Brian Calvert<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)* | Ari H. Marcus<br>ari@marcuszelman.com<br>Marcus & Zelman LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Telephone: (732) 695-3282<br><br>Counsel for Plaintiff Brittany Vonbergen<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* |

| | |
|---|---|
| Erin P. Loucks<br>eleffler@shb.com<br>Shook Hardy & Bacon LLP<br>Two Commerce Square<br>2001 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>Telephone: (215) 278-2555<br><br>Counsel for Defendant Cabela's LLC<br>Case No. *1:2:22-cv-01460-WSH (W.D. Pa.)*<br><br>Counsel for Defendant BPS Direct, LLC<br>Case No. *2:22-cv-04709 -KBH (E.D. Pa.)* | Jason Scott<br>jscott@shb.com<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendants BPS Direct, LLC; Cabela's<br>LLC and Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Anna A. El-Zein<br>aelzein@shb.com<br>Shook, Hardy & Bacon, LLP-KCMO<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 421-5547<br><br>Counsel for Defendant Cabela's LLC and<br>Cabela's Retail MO, LLC<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Bryan L. Bleichner<br>bbleichner@chestnutcambronne.com<br>Chestnut Cambronne PA<br>100 Washington Ave South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Philip J. Krzeski<br>pkrzeski@chestnutcambronne.com<br>Chestnut Cambronne PA<br>100 Washington Ave South, Suite 1700<br>Minneapolis, MN 55401<br>Telephone: (612) 339-7300<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Tiffany M. Yiartras<br>tiffany@consumerprotectionlegal.com<br>Consumer Protection Legal, LLC<br>308 Hutchinson Road<br>Wllisville, MO 63011<br>Telephone: (314) 541-0317<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |
| Karen Riebel<br>khreibel@locklaw.com<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 596-4097<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* | Maureen Kane Berg<br>mkberg@locklaw.com<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 596-4097<br><br>Counsel for Plaintiff Arlie Tucker<br>Case No. *6:22-cv-03285-SRB (W.D. Mo.)* |

4866-1392-5713, v. 3

| | |
|---|---|
| Brian C Gudmundson<br>brian.gudmundson@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th St<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Carey Alexander<br>calexander@scott-scott.com<br>Scott & Scott, Attorneys at Law, LLP<br>230 Park Avenue<br>Ste 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Michael J Laird<br>michael.laird@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th St.<br>Minneapolis, MN 55402<br>Telephone: (920) 915-3328<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Rachel Kristine Tack<br>rachel.tack@zimmreed.com<br>Zimmerman Reed, LLP<br>1100 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Ethan Samuel Binder<br>ebinder@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Joseph P. Guglielmo<br>jguglielmo@scott-scott.com<br>Scott & Scott, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br><br>Counsel for Plaintiff Peter Montecalvo<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |
| Alan Y. Wong<br>awong@shb.com<br>Shook Hardy & Bacon LLP<br>1 Federal Street<br>Suite 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1677<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* | Emyr T. Remy<br>remy@shb.com<br>Shook Hardy & Bacon<br>One Federal Street<br>Ste 2540<br>Boston, MA 02110<br>Telephone: (617) 531-1411<br><br>Counsel for Defendant Cabela's Inc.<br>Case No. *1:22-cv-11837-NMG (D. Mass.)* |

4866-1392-5713, v. 3

| MaryBeth V. Gibson<br>mgibson@thefinleyfirm.com<br>THE FINLEY FIRM, P.C.<br>3535 Piedmont Rd.<br>Building 14, Suite 230<br>Atlanta, GA 30305<br>Phone: (404) 978-6971<br><br>Counsel for Plaintiff Timothy Durham<br>Case No. *2:23-cv-01630 (C.D. Cal.)* | Francis J. Flynn, Jr.<br>casey@lawofficeflynn.com<br>LAW OFFICE OF FRANCIS J. FLYNN, JR.<br>6057 Metropolitan Plaza<br>Los Angeles, CA 90036<br>314-662-2836<br><br>Counsel for Plaintiff Timothy Durham<br>Case No. *2:23-cv-01630 (C.D. Cal.)* |
|---|---|

4